**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dinan and Company, LLC, ) | No. CV 08-147-PHX-JAT |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Frontenac Company, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

"Inquiring whether the court has jurisdiction is a federal judge's first duty in every case." *Belleville Catering Co. v. Champaign Market Place, L.L.C.*, 350 F.3d 691, 693 (7th Cir. 2003). In this case, both parties are limited liability companies. For purposes of diversity jurisdiction, limited liability companies are citizens of every state of which any member is a citizen. *Johnson v. Columbia Properties Anchorage,* 437 F.3d 894, 899 (9th Cir. 2006).

In this case, Plaintiff has pled that all of its members are citizens of Arizona. Complaint at ¶2. Plaintiff further pled that it believes that none of Defendant's members are citizens of Arizona. Complaint at ¶4. Defendant has admitted that this is Plaintiff's belief. Answer at ¶4. However, the Court must verify that it has jurisdiction.

Accordingly,

IT IS ORDERED that by May 9, 2008, Plaintiff shall file a statement listing every member of Plaintiff LLC and the citizenship of each member.

1    IT IS FURTHER ORDERED that by May 9, 2008, Defendant shall file a statement
2 listing every member of Defendant LLC and the citizenship of each member.
3    DATED this 29th day of April, 2008.

James A. Teilborg
United States District Judge